No. 74–1308. LUNDVALL v. KUIPER ET AL. Appeal from Sup. Ct. Colo. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–6357. ROOTS v. WAINWRIGHT, CORRECTIONS DIRECTOR. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–948. UNITED STATES v. SANFORD ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Serfass* v. *United States,* 420 U. S. 377 (1975).

No. 74–1072. HENDERSON, WARDEN v. DONIVAN. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for consideration of question of mootness.

No. 74–1278. LOVELACE ET AL. v. DECHAMPLAIN. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to the United States District Court for the Western District of Missouri with directions to dismiss cause as moot.